RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 10/29/13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHN CLIFFORD ROMINE | CIVIL ACTION NO. 6:12-cv-0813 |
| VS. | SECTION P |
| ALBERT BABINEAUX AND HERPENS ANDRE | JUDGE RICHARD T. HAIK, SR. |
| | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED** in accordance with the provisions of FRCP Rules 4(m) and 4(b).

**THUS DONE AND SIGNED**, in chambers, Lafayette, Louisiana, on this 28 day of October, 2013.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE